UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GREENWOOD 950, LLC                                           CIVIL ACTION NO. 25-cv-009

VERSUS                                                                    MAGISTRATE JUDGE HORNSBY

MILAM & CO CONSTRUCTION INC ET AL

**MEMORANDUM ORDER**

Plaintiff filed an amended complaint that added new defendant Merchants Bonding Company (Mutual). Merchants has filed an answer and a Rule 7.1 disclosure statement that states, with respect to its citizenship, that it "is a mutual insurance corporation, incorporated and domiciled in the State of Iowa." A corporation is a citizen of both its state of incorporation and the state where it has its principal place of business as defined by Hertz Corp. v. Friend, 130 S.Ct. 1181 (2010). 28 U.S.C. § 1332(c)(1). Accordingly, Merchants will need to file an amended disclosure statement that also identifies the state in which it has its principal place of business. The deadline for filing the amended disclosure statement is **September 5, 2025**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of August, 2025.

Mark L. Hornsby
U.S. Magistrate Judge