UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GREENWOOD 950 LLC                          CIVIL ACTION NO. 25-cv-009

VERSUS                                     MAGISTRATE JUDGE HORNSBY

MILAM & CO CONSTRUCTION INC, ET AL

**MEMORANDUM ORDER**

The original parties to this case were Greenwood, Penske, and Milam.  They filed a Rule 26 report (Doc. 15) that included a statement that all parties consented to trial before the assigned magistrate judge.  Counsel for those parties also signed a separate consent form (Doc. 16-1), and Judge Hicks entered an order of reference to the undersigned magistrate judge to conduct all further proceedings and enter judgment.  Doc. 17. Greenwood was later allowed to amend its complaint and add new defendant Merchants Bonding Company (Mutual).

Consent to proceed before a magistrate judge must be explicitly provided by each party, including later-added defendants in an amended complaint.  Caprera v. Jacobs, 790 F.2d 442 (5th Cir. 1986); Bohreer v. Manly, 37 Fed. Appx. 89 (5th Cir. 2002).  Merchants will be allowed until **June 12, 2026** to file a properly executed Form AO 85 (Notice, Consent, and Reference of a Civil Action to a Magistrate Judge), which is available on the court's website.  Meanwhile, the court will defer consideration of the pending motions.  If

Merchants does not file the required consent by the deadline, the order of reference will likely have to be vacated and the case returned to Judge Hicks.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 3rd day of June, 2026.

Mark L. Hornsby
U.S. Magistrate Judge